# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| DAWN M. JACKSON,<br><br>    Plaintiff,<br><br>    v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>    Defendant. | NO. CV-10-3075 -CI<br><br>**JUDGMENT IN A**<br>   **CIVIL CASE** |

**DECISION BY THE COURT:**

This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that:

Plaintiff's Motion for Summary Judgment is **GRANTED**. This matter is remanded to the Commissioner for additional proceedings pursuant to 42 U.S.C. § 405(g). Defendant's Motion for Summary Judgment is **DENIED** and Judgment is entered for Plaintiff.

DATED: April 9, 2012

JAMES R. LARSEN
District Court Executive/Clerk

s/ L. Stejskal
Deputy Clerk